UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AMOS WINBUSH III and TIFFANY WINBUSH, individually
and on behalf of their minor children, K.W. and S.J.W.,    23-cv-01320 (JHR)

                       Plaintiffs,

    -against-    **NOTICE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**

NEW YORK CITY DEPARTMENT OF EDUCATION;
BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK; NEW YORK
CITY COMMUNITY SCHOOL DISTRICT 2; MAGGIE
SIENA, Principal of Peck Slip School (in her individual
capacity); CASEY COREY, Assistant Principal of Peck Slip
School (in her individual capacity),

                     Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dated May 9, 2023, Defendants the New York City Department of Education, Board of Education of the City of New York, New York City Community School District 2 (together, the "Municipal Defendants"), Maggie Siena, and Casey Corey (together, the "Individual Defendants"), by their attorney, the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, will move this Court before the Honorable Jennifer H. Rearden of the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an Order to dismiss or limit Plaintiffs' claims and recovery, and grant Defendants such other and further relief as the Court deems just and proper.

      Defendants' Motion to Dismiss should be granted.  First, Plaintiffs fail to sufficiently allege racial discrimination claims under either Title VI or the Equal Protection Clause of the Fourteenth

Amendment for their younger child, S.J.W.  Second, Plaintiffs' claims regarding their older child, K.W., prior to the 2019-20 school year are time-barred because Plaintiffs fail to assert a continuing violation.  Third, Plaintiffs have not sufficiently alleged a *Monell* claim against the Municipal Defendants because they fail to make a causal connection between a municipal policy or custom and their constitutional claims, and because their statements of supposed policy are mere conclusory allegations.[1]  Fourth, Plaintiffs' claims for injunctive and declaratory relief will become moot as of June 27, 2023, and the Court should dismiss these claims as of that date for lack of subject matter jurisdiction.  Finally, Defendants move to bar Plaintiffs from asserting compensatory damages for emotional distress for their Title VI claims to the extent that they survive this motion.

Accordingly, Plaintiffs' claims and recovery as laid out in the Complaint should be dismissed or limited as detailed in Defendants' Motion to Dismiss.

Dated:   New York, New York
         May 9, 2023

                                    HON. SYLVIA O. HINDS-RADIX
                                    Corporation Counsel of the City of New York
                                    Attorney for City of New York
                                    100 Church Street
                                    New York, New York  10007
                                    (212) 356-2461

                              By:   */s/ John Treat*
                                    John Treat
                                    Special Assistant Corporation Counsel

                                    Kendra Elise Riddleberger
                                    Assistant Corporation Counsel

---

[1] In the alternative, Defendants request a stay of discovery on Plaintiffs' *Monell* claims until the completion of discovery as to any underlying violation.