UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMOS WINBUSH III, et al., <br><br>                    Plaintiffs, <br><br>          -v.- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br>                    Defendants. | 23 Civ. 01320 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

In light of Defendants' motion to dismiss the Amended Complaint, *see* ECF No. No. 34, Defendants' earlier-filed motion to dismiss the Complaint, *see* ECF No. 26, is hereby DENIED as moot.  Plaintiffs' opposition to the motion to dismiss the Amended Complaint is due by July 21, 2023.  *See* .S.D.N.Y. Local Civ. R. 6.1(b) ("any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers").  Defendants' reply, if any, is due by July 28, 2023.  *See id.* ("any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers").

The Clerk of Court is directed to terminate ECF Nos. 26 and 27.

SO ORDERED.

Dated: July 17, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge